IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL WAUGH, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:15-cv-00559-RP |
| | § | |
| FLUOR CORPORATION and | § | |
| THE INSURANCE COMPANY OF | § | |
| THE STATE OF PENNSYLVANIA, | § | |
|     Defendants. | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **MICHAEL WAUGH**, hereinafter referred to as "Plaintiff" or "Waugh", **FLUOR CORPORATION**, hereinafter referred to as "Fluor" and **THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA**, hereinafter referred to as "Ins. Co. of State of PA", and file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

### INTRODUCTION

1. Plaintiff is **MICHAEL WAUGH**. Defendants are **FLUOR CORPORATION** and **THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA**.

2. On May 26, 2015, Plaintiff sued Defendant in State District Court of Travis County, Texas, for deceptive trade practices and breach of contract relating to worker's compensation benefits claimed due to Plaintiff. Defendant The Insurance Company of the State of Pennsylvania removed this case to the present Court on June 26, 2015.

3. Plaintiff moves to dismiss the suit.

4. Defendants, who have been served and filed answers, agree to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Federal Rule of Civil Procedure 23.1, or an action related to an unincorporated association under Federal Rule of Civil Procedure 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9. The dismissal is with prejudice.

Respectfully submitted,

**CRAMPTON LAW OFFICE**
3355 Bee Caves Road, Suite 301-B
Austin, Texas  78746
(512) 892-9300 Telephone
(512) 891-0262 Facsimile

By:_____
     Mark Crampton
     mark@cloatx.com
     State Bar No. 00789786

**ATTORNEY-IN-CHARGE FOR
PLAINTIFF MICHAEL WAUGH**

and

SCHOUEST, BAMDAS, SOSHEA & BENMAIER, PLLC
1001 McKinney Street, Suite 300
Houston, TX 77002
713-588-0446
713-297-1654 – Fax

By: *M. Lane Lowrey by mr with permission*
M. LANE LOWREY
STATE BAR NO. 24013065
LLOWREY@SBSBLAW.COM

**ATTORNEY-IN-CHARGE FOR DEFENDANT FLUOR CORPORATION**

and

WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, TX 77056
713-572-4321
713-572-4320 – Fax

By: *Henry S. Platts, Jr. by mr with permission*
THOMAS C. WRIGHT
STATE BAR NO. 22059400
WRIGHT@WRIGHTCLOSE.COM
HENRY S. PLATTS, JR.
STATE BAR NO. 00784770
PLATTS@WRIGHTCLOSE.COM
NATASHA N. TAYLOR
STATE BAR NO. 24071117
TAYLOR@WRIGHTCLOSE.COM

**ATTORNEY-IN-CHARGE FOR DEFENDANT THE INSURNACE COMPANY FOR THE STATE OF PENNSYLVANIA**

3

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing legal instrument has been forwarded in the manner indicated below and in accordance with the Federal Rules of Civil Procedure, to all parties of record, in the manner indicated below, on this 6th day of July, 2016.

M. LANE LOWREY – *via CM/ECF notice*
**SCHOUEST, BAMDAS, SOSHEA & BENMAIER, PLLC**
1001 McKinney Street, Suite 300
Houston, TX  77002

THOMAS C. WRIGHT  - *via CM/ECF notice*
HENRY S. PLATTS, JR.
NATASHA N. TAYLOR
**WRIGHT & CLOSE, LLP**
One Riverway, Suite 2200
Houston, TX  77056

_____
Mark Crampton