**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **MICHAEL WAUGH,** § | |
|     Plaintiff, § | |
| § | |
| V. § | **CIVIL ACTION NO. 1:15-cv-00559-RP** |
| § | |
| **FLUOR CORPORATION and** § | |
| **THE INSURANCE COMPANY OF** § | |
| **THE STATE OF PENNSYLVANIA,** § | |
|     Defendants. § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the Stipulation of Dismissal, the Court GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on this ____ day of July, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE