IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL WAUGH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:15-CV-559-RP |
| | § | |
| FLUOR CORPORATION and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the Court is the above-styled case. On this day, the Court entered an order granting the parties' Stipulation of Dismissal, dismissing all claims with prejudice. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims and causes of action are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case be hereby **CLOSED**. Each party is to bear its own fees and costs.

**SIGNED** on July 7, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE